IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs. Civil No. 3:07cv486-RV/EMT

**REAL PROPERTY LOCATED AT
15030 INNERARITY POINT ROAD,
PENSACOLA, FLORIDA, WITH
ALL IMPROVEMENTS AND
APPURTENANCES THEREON**
                                                                    /

### DECREE OF FORFEITURE

This matter is before the Court on Motion for Forfeiture of Property (Doc. 23), filed by the United States of America. On November 13, 2007, a Verified Complaint of Forfeiture In Rem against the defendant property, 15030 Innerarity Point Road, Pensacola, Florida, with all improvements and appurtenances thereon, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. §881 (a)(7).

It appears that process was fully issued in this action according to law:

That a Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning January 9, 2008, pursuant to Rule G (a)(4)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, and notice of this forfeiture action was published in the Pensacola News Journal on January 18, 25, and February 1, 2008;

That on February 15, 2008, potential lien holder, U.S. Bancorp, received certified notice of this Forfeiture action; however no claim has been filed;

That on February 25, 2008, Robert McBride Doss and Melissa B. Doss filed an answer to

the Verified Complaint;

That on May 28, 2008, Robert McBride Doss and Melissa B. Doss consented to the forfeiture of the defendant property;

That no person or entity has filed a claim.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

15030 Innerarity Point Road, Pensacola, Florida, with all improvements and appurtenances thereon, and more particularly described as:

> **Lot 91, INNERARITY GRANTS, a subdivision according to Plat recorded in Plat Book 2 at page 13, of the public records of Escambia County, Florida, and said subdivision embracing The West ½ of Lot 35 and the East ½ of Section 15, Township 3 South, Range 32 West, according to plat recorded in Deed Book 94 at page 609 and Lots 14 to 81, inclusive, in the Subdivision of Innerarity Grants, according to plat recorded in Deed Book 108 at page 178, all lying and being in Escambia County, Florida,**

shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE AND ORDERED** this 27th day of August, 2008

      /s/ *Roger Vinson*
      ROGER VINSON
      Senior District Judge